IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| TiVo Inc., a Delaware corporation,<br><br>     Plaintiff,<br><br> v.<br><br>1. EchoStar Communications Corporation, a Nevada corporation; 2. EchoStar DBS Corporation, a Colorado corporation; 3. EchoStar Technologies Corporation, a Texas corporation; and 4. Echosphere Limited Liability Company, a Colorado limited liability company,<br><br>     Defendants,<br><br>And Related Counterclaims. | No. 2-04cv01 DF<br>   (Judge Folsom)<br><br>**[PROPOSED] AMENDMENT TO SCHEDULING ORDER** |

1

Pursuant to the Joint Motion filed by the parties requesting an amendment to the Scheduling Order, the Court hereby enters the following Amendment to Scheduling Order:

1. The parties will file their opposition claim construction briefs on **May 12, 2005**.

2. Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26 and Local Rule CV 26(b) shall be made by the party with the burden of proof on the issue by **May 16, 2005**. Thereafter, the other party shall have until **June 6, 2005**, to disclose rebuttal expert testimony

3. All discovery, including expert discovery, shall be commenced in time to be completed by **June 27, 2005**.

4. All motions to transfer, motions to dismiss, motions for summary judgment or other dispositive motions and *Daubert* motions shall be filed not later than **July 5, 2005.**

5. All other dates shall remain unchanged.

IT IS SO ORDERED.

Date: 5/11/05

UNITED STATES DISTRICT JUDGE

Approved as to form.

Dated: March 9, 2005          By:    /s/ Paul A. Friedman (by instruction)

                                          Harold J. McElhinny (*Pro Hac Vice*)
                                          Rachel Krevans (*Pro Hac Vice*)
                                          Paul A. Friedman (*Pro Hac Vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants ECHOSTAR COMMUNICATIONS CORPORATION, ECHOSTAR DBS CORPORATION, ECHOSTAR TECHNOLOGIES CORPORATION and ECHOSPHERE LIMITED LIABILITY COMPANY

Of Counsel:
Damon Young
YOUNG PICKETT & LEE
Post Office Box 1897
4122 Texas Boulevard
Texarkana, Texas 75504
Telephone: (903) 794-1303
Facsimile: (903) 792-5928

Approved as to form.

Dated: March 9, 2005          By:    /s/ Adam Hoffman

IRELL & MANELLA LLP
Morgan Chu (Pro Hac Vice)
Perry M. Goldberg (Pro Hac Vice)
Andrei Iancu (Pro Hac Vice)
Adam Hoffman (Pro Hac Vice)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010
(310) 203-7199 (fax)

Attorneys for Plaintiff and Counterdefendant TiVo Inc.

Of Counsel:

Samuel E. Baxter, attorney-in-charge
TX State Bar No. 01938000
MCKOOL SMITH, P.C.
Post Office Box O
505 E. Travis, Suite 105

Marshall, Texas  75670  
(903) 927-2111  
(903) 927-2622 (fax)  
sbaxter@mckoolsmith.com