**Exhibit D to Joint Final Pretrial Order**
**EchoStar's Witness List**

**Witnesses Whom EchoStar Expects To Present At Trial**

1. Jason Demas (Broadcom Corp.)
2. Charles Ergen
3. Jeff Fisher (Broadcom Corp.)
4. James Gambrell
5. Markus Jackson
6. Dr. Margaret Johnson
7. Dave Kummer
8. Dan Landreth
9. Dr. Mathew Lynde
10. Dan Minnick
11. Dr. Nathaniel Polish
12. Dr. Thomas Rhyne
13. James Sheridan
14. Fred Tuck

**Witnesses Whom EchoStar May Call If The Need Arises**

1. Michael Bazata
2. William Beals
3. Robert Hulshoff
4. Marcus Kellerman (Broadcom Corp.)
5. Sandy MacInnis (Broadcom Corp.)
6. Kerry Miller
7. Richard Onyett (ST Microelectronics, Inc.)
8. Frederick Staal (Broadcom Corp.)

1

    9. Mark Templeman

    10. Alan Terise (Broadcom Corp.)

    11. Jiang Xu

    12. Charlie Zetterower

    13. Document custodian(s) for authentication/admissibility purposes

**Witnesses Who May Be Presented By Deposition Testimony At Trial
(Or Live If The Witnesses Appear At Trial)**

Katie Ho,
as a representative under Federal Rule of Civil Procedure 30(b)(6)
of TiVo Inc.

Edward Lichty,
as a representative under Federal Rule of Civil Procedure 30(b)(6)
of TiVo Inc.

Laurence Denny,
as a representative under Federal Rule of Civil Procedure 30(b)(6)
of TiVo Inc.

James Barton,
as a representative under Federal Rule of Civil Procedure 30(b)(6)
of TiVo Inc.

Stuart West,
as a representative under Federal Rule of Civil Procedure 30(b)(6)
of TiVo Inc.

Paul Newby,
as a representative under Federal Rule of Civil Procedure 30(b)(6)
of TiVo, Inc.

Michael Hawkey
as a representative under Federal Rule of Civil Procedure 30(b)(6)
of ST Microelectronics, Inc.

Michael Glenn

Kirk Wong

Alan Moskowitz

2

**Exhibit D to Joint Final Pretrial Order:  EchoStar's Witness List**

James Barton

Mark Gerolimatos

Michael Ramsay

**Exhibit D to Joint Final Pretrial Order:  EchoStar's Witness List**

pa-1001526