UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| TIVO INC., a Delaware corporation )<br>               Plaintiff, )<br>      vs. )<br>1.  ECHOSTAR COMMUNICATIONS )<br>CORPORATION, a Nevada corporation, )<br>2.  ECHOSTAR DBS CORPORATION, a )<br>Colorado corporation, )<br>3.  ECHOSTAR TECHNOLOGIES )<br>CORPORATION, a Texas corporation, and )<br>4.  ECHOSPHERE LIMITED LIABILITY )<br>COMPANY, a Colorado limited liability )<br>company, )<br>               Defendants. )<br>                                         )<br>AND RELATED COUNTERCLAIMS )<br>                                         ) | Case No. 2-04CV-01 (Judge Folsom) |

**TIVO'S REPLY TO ITS MOTION *IN LIMINE* NO. 4: ECHOSTAR MAY NOT OFFER EVIDENCE OR ARGUMENT, OR MAKE OTHER SUGGESTIONS, INCONSISTENT WITH THE COURT'S CLAIM CONSTRUCTION RULINGS**

TiVo disagrees with the arguments EchoStar presents in its Opposition to TiVo's Motion in Limine No. 4.  Nonetheless, in the interest of minimizing the burden on the Court, TiVo does not present additional argument in Reply but instead rests on the briefing provided in its Motion In Limine No. 4.

Dated:  September 14, 2005

McKOOL SMITH, P.C.
Sam Baxter (State Bar No. 01938000)
Garret W. Chambers (State Bar No. 00792160)
P.O. Box O
505 E. Travis, Suite 105
Marshall, Texas 75670
Telephone:  (903) 927-2111
Telecopier:  (903) 927-2622

By:  /s/ Michelle Armond
Michelle Armond

IRELL & MANELLA LLP
Morgan Chu (Pro Hac Vice)
Perry M. Goldberg (Pro Hac Vice)
Michelle Armond (Pro Hac Vice)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:     (310) 203-7199

Attorneys for Plaintiff
and Counterdefendant TiVo Inc.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on all parties by electronic filing and electronic and paper service on the 14th day of September 2005.

By:  /s/ Michelle Armond
Michelle Armond