THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

DATE 3/29/06

JUDGE David Folsom                REPORTER   Libby Crawford

TIVO INC.                         §
                                  §
V.                                §   CIVIL ACTION NO.  2:04CV1
                                  §
ECHOSTAR COMM.                    §   JURY TRIAL

ATTORNEYS FOR PLAINTIFF: Samuel Baxter; Garret Chambers;  Morgan Chu; Christine Byrd; Andre Iancu;

ATTORNEYS FOR DEFENDANT: Damon Young; John Pickett; Harold McElhinny; Rachel Krevans; Karl Kramer;

LAW CLERK: Courtney Towle and Tripp Fussell

**WITNESS LIST**

| Pla | Dft | Witness | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|---|---|
| 3/29 | | Mike Ramsay | x by Chu | x by McElhinny | x | |
| 3/29-3/30 | | Jim Barton | x by Chu | x by Krevans | xx | x |
| 3/30-3/31 | | Jerry Gibson | x by Iancu | x by Krevans | xx | x |
| 3/31 | | Katie Ho | x by Byrd | x by McElhinny | x | |
| 4/4 | | Stuart West | x by Byrd | x by McElhinny | x | x |
| 4/4 | | Keith Ugone | x by Byrd | x by McElhinny | x | |
| 4/4 | | Samuel Eber by video deposition | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/4 | | William Beals by video deposition | | | | |
| 4/4 - 4/5 | | Kerry Miller | x by Chu | x by McElhinny | xx | xx |
| 4/5 | | Frank Becking by video deposition | | | | |
| 4/5 | | Alan Cannon by video deposition | | | | |
| 4/5 | | Alan Gordon | x by Goldberg | x by McElhinny | | |
| | 4/5-4/6 | Dave Kummer | x by Krevans | x by Iancu | | |
| | 4/6 | Dan Minnick | x by Krevans | x by Iancu | x | |
| | 4/6 | Jason Demas | x by Krevans | x by Feldmann | | |
| | 4/6-47 | Thomas Rhyne | x by Krevans | x by Iancu | x | x |
| | 4/7 | Margaret Johnson | x by Krevans | x by Iancu | x | |
| | 4/7 | Alan Moskowiz by video deposition | | | | |
| | 4/7 | Edward Lichty by video deposition | | | | |
| | 4/7 | Dan Landreth | x by Kramer | x by Chu | x | |
| | 4/10 | Nathaniel Polish | x by Kramer | x by Chu | x | |
| | 4/10 | Charles Ergen | x by McElhinny | x by Baxter | xx | x |
| | 4/10 | Paul Newby by video deposition | | | | |
| 4/11 | | William Beals by video deposition (rebuttal) | | | | |

| 4/11 | | Michael Bazata by video deposition (rebuttal) | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 4/11 | | Michael Cavanaugh by video deposition (rebuttal) | | | | |
| 4/11 | | James Storer (rebuttal) | x by Chu | x by Kramer | x | |
| 4/11 | | Jim Barton (rebuttal) | x by Chu | x by Krevans | xx | x |

                                        DAVID J. MALAND, CLERK
                                      By Mel Martin, Courtroom Deputy

Case 2:04-cv-00001-MHS-CMC   Document 693   Filed 04/13/06   Page 3 of 3 PageID #: 27705