THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

DATE 6/26/06

JUDGE David Folsom                    REPORTER   Libby Crawford

TIVO INC.                        §
                                 §
V.                               §    CIVIL ACTION NO.  2:04CV1
                                 §
ECHOSTAR COMM.                   §    BENCH TRIAL

ATTORNEYS FOR PLAINTIFF: Samuel Baxter; Garret Chambers;  Morgan Chu;
Christine Byrd; Andre Iancu;

ATTORNEYS FOR DEFENDANT: John Pickett; Harold McElhinny; Rachel Krevans;

LAW CLERK: Courtney Towle

## WITNESS LIST

| Pla | Dft | Witness | Direct | Cross | Redirect | Recross |
|-----|-----|---------|--------|-------|----------|---------|
|  | 6/26 | Mike Ramsay by deposition and video deposition |  |  |  |  |
|  | 6/26 | Jim Barton by deposition |  |  |  |  |
|  | 6/26 | Charles Ergen | x by McElhinny | x by Chu | x | x |
|  | 6/26 | Dave Kummer by deposition |  |  |  |  |
|  | 6/26 | Dan Minnick by deposition and video deposition |  |  |  |  |
|  | 6/26 | Edward Lichty by video deposition |  |  |  |  |
|  | 6/26 | Mr. Miller by deposition |  |  |  |  |

|  | 6/26 | Michael Glenn by video deposition |  |  |  |  |
|--|------|-----------------------------------|--|--|--|--|
|  | 6/26 | Kirk Wong by video deposition |  |  |  |  |
|  | 6/2 6-6/27 | James Sheridan | x by Rachel Krevans | x by Goldberg | x |  |
| 6/27 |  | Mike Ramsey | x by Chu | x by McElhinny |  |  |
| 6/27 |  | Kirk Wong | x by Goldberg | x by Llewellyn |  |  |
| 6/27 |  | Jim Storer | x by Iancu | x by Krevans | x |  |
| 6/27 |  | Allen Gordon | x by Goldberg | x by Krevans | x |  |
| 6/27 |  | Jim Barton | x by Chu |  |  |  |
|  | 6/27 | Edward Lichty by deposition (rebuttal) |  |  |  |  |

DAVID J. MALAND, CLERK
By Mel Martin, Courtroom Deputy