**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **TIVO INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | 2:04-CV-1-DF |
| | § | |
| **ECHOSTAR COMMUNICATIONS CORP., et al.** | § | |
| | § | |
| **Defendants.** | § | |

**O R D E R**

A mandate has been issued by the United States Court of Appeals for the Federal Circuit in the above captioned case. Dkt. No. 821. The Court hereby **SETS** this matter for status conference on **May 30, 2008 at 10:00A.M. in TEXARKANA**.

Plaintiff shall submit to the Court by letter, the topics of discussion for the status conference and the relief sought by **May 16, 2008**. Defendant shall by letter, respond and advise on any additional matters by **May 23, 2008**.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of April, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE