IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| TiVo Inc., a Delaware corporation,<br><br>              Plaintiff,<br><br>   v.<br><br>1. EchoStar Communications Corporation, a Nevada corporation; 2. EchoStar DBS Corporation, a Colorado corporation; 3. EchoStar Technologies Corporation, a Texas corporation; 4. Echosphere Limited Liability Company, a Colorado limited liability company; and 5. EchoStar Satellite LLC, a Colorado limited liability company,<br><br>              Defendants. | No.     2-04cv01 DF<br>          (Judge Folsom)<br><br>**JOINT STIPULATION AND ORDER RE TIVO'S BILL OF COSTS** |

      Plaintiff TiVo Inc. ("TiVo") and defendants EchoStar Communications Corporation, EchoStar DBS Corporation, EchoStar Technologies Corporation, Echosphere Limited Liability Company, and EchoStar Satellite LLC ("EchoStar"), by and through their counsel of record, stipulate as follows:

      1.      On September 22, 2006, TiVo submitted its Amended Bill of Costs in the amount of $333,600.03 (Docket No. 810).

      2.      EchoStar objected to $116,628.23 of the costs submitted by TiVo (Docket Nos. 811 and 814).

      3.      The parties have agreed to the following resolution: (a) EchoStar will pay TiVo the amount of $275,286.00, payment to be received by TiVo within thirty (30) calendar days of entry of the proposed order submitted herewith, and (b) if, as a result of a petition for certiorari, the U.S. Supreme Court makes a determination pursuant to which EchoStar is no

longer liable for infringement, then TiVo will refund this same amount to EchoStar within thirty (30) calendar days upon request, and if as a result of a petition for certiorari the U.S. Supreme Court makes a determination pursuant to which the issue of EchoStar's liability for infringement is remanded to the District Court for further proceedings, TiVo will refund this same amount to EchoStar within thirty (30) calendar days upon request, but without prejudice to TiVo's right to request its full costs if TiVo prevails in any remand proceedings.

DATED: June 25, 2008

Respectfully submitted,

By: _____/s/_____
         Christine Byrd
IRELL & MANELLA LLP
Morgan Chu (*Pro Hac Vice*)
Christine Byrd (*Pro Hac Vice*)
Andrei Iancu (*Pro Hac Vice*)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff TiVo Inc.

Of Counsel:

Samuel E. Baxter, attorney-in-charge
TX State Bar No. 01938000
MCKOOL SMITH, P.C.
Post Office Box O
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 927-2111
Facsimile: (903) 927-2622
sbaxter@mckoolsmith.com

Respectfully submitted,

By: _____/s/_____
         Karl Kramer
Harold J. McElhinny (*Pro Hac Vice*)
Rachel Krevans (*Pro Hac Vice*)
Karl Kramer (*Pro Hac Vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for EchoStar Defendants

1889223

Of Counsel:

Damon Young
YOUNG PICKETT & LEE
Post Office Box 1897
4122 Texas Boulevard
Texarkana, Texas 75504
Telephone:  (903) 794-1303
Facsimile:   (903) 792-5928


IT IS SO ORDERED.

1889223