IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Judge David Folsom

| | | |
|---|---|---|
| TIVO | § | |
| | § | |
| V. | § | CIVIL ACTION NO.  2:04CV1 |
| | § | |
| ECHOSTAR | § | |

_____

| | |
|---|---|
| ATTORNEY FOR PLAINTIFFS: | Andrei Iancu; Morgan Chu; Laura Brill; Nick Patton; Perry Goldberg; |
| ATTORNEY FOR DEFENDANTS: | Harold McElhinny; Rachel Krevans; John Pickett; Charles Barquist; Scott Llewellyn |
| LAW CLERK: | Michael Bittner and Lon Outland |
| COURTROOM DEPUTY: | Mel Martin |
| COURT REPORTER: | Libby Crawford |

_____

**HEARING**
February 17, 2009 @ 9:00 a.m.

_____

## WITNESS LIST

| Plf | Dft | Witness | Direct | Cross | Redirect | Recross |
|-----|-----|---------|--------|-------|----------|---------|
| 2/17 | | James Storer | x by Iancu | x by Krevans | x | |
| | 2/17-18 | Dan Minnick | x by Krevans | x Iancu | x | |
| | 2/18 | Lawrence Aaronson | x by McElhinny | x by Chu | | |
| | 2/18 | Robert Hillman | x by McElhinny | x by Chu | x | |

| | 2/18 | Charles Ergen | x by McElhinny | x by Chu | xx | x |
| 2/19 | 2/18-19 | Thomas Rhyne | x by Barquist | x by Chu | x | |
| 2/19 | | James Storer (rebuttal) | x by Iancu | x by Krevans | x | |

DAVID J. MALAND, CLERK
By Mel Martin, Courtroom Deputy