IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| TiVo Inc., a Delaware corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>1. Dish Network Corporation, a Nevada corporation; 2. EchoStar DBS Corporation, a Colorado corporation; 3. EchoStar Technologies Corporation., a Texas corporation; 4. Echosphere L.L.C., a Colorado limited liability company; 5. EchoStar Satellite L.L.C., a Colorado limited liability company; and 6. EchoStar Corporation, a Nevada corporation.<br><br>           Defendants. | No.     2-04cv01 DF<br>          (Judge Folsom)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO FURTHER EXTEND 10-DAY PERIOD PROVIDED FOR IN FEDERAL RULE OF CIVIL PROCEDURE 62(a)** |

Before the Court is the parties' Joint Motion to Further Extend 10-Day Period Provided for in Federal Rule of Civil Procedure 62(a).  After considering the motion, the evidence and the record, and the arguments of counsel, the Court finds that the motion has merit and GRANTS the motion.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the period provided for in Rule 62(a) is hereby extended, through June 29, 2009.  Accordingly, no execution shall issue upon the money judgment nor shall proceedings be taken for its enforcement until after June 29, 2009.

**SIGNED this 29th day of June, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

sf-2702958