IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| TiVo Inc., a Delaware corporation,<br><br>       Plaintiff,<br><br> v.<br><br>1. Dish Network Corporation, a Nevada corporation; 2. EchoStar DBS Corporation, a Colorado corporation; 3. EchoStar Technologies Corporation., a Texas corporation; 4. Echosphere L.L.C., a Colorado limited liability company; 5. EchoStar Satellite L.L.C., a Colorado limited liability company; and 6. EchoStar Corporation, a Nevada corporation.<br><br>       Defendants. | No.  2-04cv01 DF<br>(Judge Folsom)<br><br>**[PROPOSED] ORDER RE: ECHOSTAR'S UNOPPOSED MOTION FOR APPROVAL OF SUPERSEDEAS BOND** |

   The Court has considered Defendants' Unopposed Motion for Approval of Supersedeas Bond filed by Dish Network Corporation, EchoStar DBS Corporation, EchoStar Technologies Corporation, Echosphere L.L.C., EchoStar Satellite L.L.C. and EchoStar Corporation. Good cause being shown, the supersedeas bond is approved and the Motion is hereby GRANTED in all respects. The Clerk shall receive and file the supersedeas bond immediately.

   **SIGNED this 29th day of June, 2009.**

                  _____
                  DAVID FOLSOM
                  UNITED STATES DISTRICT JUDGE

sf-2704349