IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| Tivo Inc., a Delaware corporation,<br><br>                Plaintiff,<br><br>  v.<br><br>1. Dish Network Corporation, a Nevada corporation; 2. EchoStar DBS Corporation, a Colorado corporation; 3. EchoStar Technologies Corporation., a Texas corporation; 4. Echosphere L.L.C., a Colorado limited liability company; 5. EchoStar Satellite L.L.C., a Colorado limited liability company; and 6. EchoStar Corporation, a Nevada corporation.<br>                Defendants. | No.    2-04cv01 DF<br>       (Judge Folsom)<br><br>**UNOPPOSED MOTION BY DEFENDANTS TO WITHDRAW ROBERT M. HARKINS, JR. AS ATTORNEY FOR DEFENDANTS** |

      Robert M. Harkins, Jr., is no longer employed with Morrison & Foerster, counsel for defendants Dish Network Corporation, EchoStar DBS Corporation, EchoStar Technologies Corporation, Echosphere Limited Liability Company, EchoStar Satellite Limited Liability Company, and EchoStar Corporation (collectively "Defendants"), and is no longer involved in this matter.

      Defendants hereby request that this Court order the withdrawal of Mr. Harkins only as attorney for Defendants and remove Mr. Harkins from the Court's ECF e-mail service list for this matter. All other Morrison & Foerster LLP attorneys remain counsel of record for Defendants.

Plaintiff's counsel has indicated that Plaintiff does not oppose this motion.

Dated: September 8, 2009

> By: /s/ Rachel Krevans
> Rachel Krevans
>
> Rachel Krevans (*Pro Hac Vice*)
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, California 94105-2482
> Telephone: (415) 268-7000
> Facsimile: (415) 268-7522
>
> Damon Young
> YOUNG PICKETT & LEE
> Post Office Box 1897
> 4122 Texas Boulevard
> Texarkana, Texas 75504
> Telephone: (903) 794-1303
> Facsimile: (903) 792-5928
>
> Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 8, 2009, Defendants served the foregoing document on counsel of record electronically via ECF.

> /s/ Rachel Krevans
> Rachel Krevans