IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| TiVo Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br> v.<br><br>1. Dish Network Corporation, a Nevada corporation; 2. EchoStar DBS Corporation, a Colorado corporation; 3. EchoStar Technologies Corporation., a Texas corporation; 4. Echosphere L.L.C., a Colorado limited liability company; 5. EchoStar Satellite L.L.C., a Colorado limited liability company; and 6. EchoStar Corporation, a Nevada corporation.<br><br>    Defendants. | No.  2-04cv01 DF<br>    (Judge Folsom)<br><br>**[PROPOSED] ORDER REGARDING ATTORNEY'S FEES AND COSTS** |

   THE COURT HEREBY extends the deadline for TiVo to file a request for resolution of any dispute regarding attorney's fees and costs, pursuant to the Court's order of September 4, 2009, to and including October 2, 2009.

IT IS SO ORDERED.

   **SIGNED this 15th day of September, 2009.**

                          _____
                           DAVID FOLSOM
                           UNITED STATES DISTRICT JUDGE