IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| TiVo Inc., a Delaware corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>1. Dish Network Corporation, a Nevada corporation; 2. EchoStar DBS Corporation, a Colorado corporation; 3. EchoStar Technologies Corporation., a Texas corporation; 4. Echosphere L.L.C., a Colorado limited liability company; 5. EchoStar Satellite L.L.C., a Colorado limited liability company; and 6. EchoStar Corporation, a Nevada corporation.<br><br>      Defendants. | No.    2-04cv01 DF<br>(Judge Folsom)<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE RE: REQUEST FOR ATTORNEY'S FEES AND COSTS TO NOVEMBER 20, 2009** |

THE COURT HEREBY extends the deadline for TiVo to file a request for resolution of any dispute regarding attorney's fees and costs, pursuant to the Court's order of September 4, 2009, to and including November 20, 2009.

IT IS SO ORDERED.

      **SIGNED this 5th day of November, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE