IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| TiVo Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>1. Dish Network Corporation, a Nevada corporation; 2. EchoStar DBS Corporation, a Colorado corporation; 3. EchoStar Technologies Corporation., a Texas corporation; 4. Echosphere L.L.C., a Colorado limited liability company; 5. EchoStar Satellite L.L.C., a Colorado limited liability company; and 6. EchoStar Corporation, a Nevada corporation.<br><br>    Defendants. | No.    2-04cv01 DF<br>(Judge Folsom)<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE RE: REQUEST FOR ATTORNEY'S FEES AND COSTS TO DECEMBER 4, 2009** |

THE COURT HEREBY extends the deadline for TiVo to file a request for resolution of any dispute regarding attorney's fees and costs, pursuant to the Court's order of September 4, 2009, to and including December 4, 2009.

IT IS SO ORDERED.

    SIGNED this 20th day of November, 2009.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE