IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| TiVo Inc., a Delaware corporation,<br><br>                  Plaintiff,<br><br>    v.<br><br>1. Dish Network Corporation, a Nevada corporation; 2. EchoStar DBS Corporation, a Colorado corporation; 3. EchoStar Technologies Corporation., a Texas corporation; 4. Echosphere L.L.C., a Colorado limited liability company; 5. EchoStar Satellite L.L.C., a Colorado limited liability company; and 6. EchoStar Corporation, a Nevada corporation.<br><br>                  Defendants. | No.     2-04cv01 DF<br>           (Judge Folsom)<br><br>**STIPULATION RE: TIVO'S ATTORNEY'S FEES AND COSTS PER ORDER OF SEPTEMBER 4, 2009** |

      Plaintiff TiVo Inc. ("TiVo") and defendants Dish Network Corporation; EchoStar DBS Corporation; EchoStar Technologies Corporation; Echosphere L.L.C.; EchoStar Satellite L.L.C.; and EchoStar Corporation (collectively "EchoStar") by and through their counsel of record, stipulate as follows:

      WHEREAS on June 2, 2009, the Court found EchoStar in contempt and EchoStar has appealed from that finding in Case No. 2009-1374 (Fed. Cir.);

      WHEREAS on September 4, 2009, the Court found that "TiVo is entitled to a reimbursement of attorney's fees and costs incurred during the contempt proceedings," including "those related to expert witnesses," and stated that "[i]f the parties cannot agree on the amount incurred by TiVo, then TiVo may request that the Court resolve this dispute";

WHEREAS the parties wish to resolve by this stipulation only the issue of the amount of the attorney's fees and costs, including expert witness fees and costs, TiVo incurred during the contempt proceedings;

NOW THEREFORE the parties stipulate and agree as follows:

1. The attorney's fees and costs, including expert witness fees and costs, TiVo incurred during the contempt proceedings amount to $5.8 million;

2. Both parties agree to waive only any right they may have to appeal the issue of the amount of the attorney's fees and costs, including expert witness fees and costs, TiVo incurred during the contempt proceedings; and

3. Nothing in this Stipulation shall affect EchoStar's ability to continue its challenge in the pending appeal No. 2009-1374 to the basis for any award of attorney's fees and costs, including expert witness fees and costs.

Dated: February 3, 2010           By:  /s/ Christine Byrd
                                           Christine Byrd

                                  IRELL & MANELLA LLP
                                  Morgan Chu (Pro Hac Vice)
                                  Christine Byrd (Pro Hac Vice)
                                  Andrei Iancu (Pro Hac Vice)
                                  Perry Goldberg (Pro Hac Vice)
                                  1800 Avenue of the Stars, Suite 900
                                  Los Angeles, California 90067-4276
                                  Telephone:    (310) 277-1010
                                  Facsimile:    (310) 203-7199

                                  McKOOL SMITH, P.C.
                                  Sam Baxter (State Bar No. 01938000)
                                  Garret W. Chambers (State Bar No. 00792160)
                                  P.O. Box O
                                  505 E. Travis, Suite 105
                                  Marshall, Texas 75670
                                  Telephone: (903) 927-2111
                                  Telecopier: (903) 927-2622

PATTON, TIDWELL & SCHROEDER, L.L.P.
Nicholas H. Patton (State Bar No. 15631000)
4605 Texas Blvd.
P.O. Box 5398
Texarkana, Texas 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

Attorneys for Plaintiff TiVo Inc.


Respectfully submitted,

By: /s/ Scott F. Llewellyn
      Scott F. Llewellyn

Harold J. McElhinny (Pro Hac Vice)
Rachel Krevans (Pro Hac Vice)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522

Scott F. Llewellyn (Pro Hac Vice)
MORRISON & FOERSTER LLP
5200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone: (303) 592-1500
Facsimile: (303) 592-1510

Of Counsel:
Damon Young
YOUNG PICKETT & LEE
Post Office Box 1897
4122 Texas Boulevard
Texarkana, Texas 75504
Telephone: (903) 794-1303
Facsimile: (903) 792-5928

Attorneys for EchoStar Defendants

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing document was served on all parties by electronic filing and electronic service on the 3rd day of February 2010.

                        By:   /s/ Christine Byrd
                                   Christine Byrd