IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TIVO INC., | ) | Case No. 2:04-cv-00001-DF-CMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER GRANTING** |
| v. | ) | **UNOPPOSED MISCELLANEOUS** |
| | ) | **ADMINISTRATIVE REQUESTS TO** |
| Echostar Comm, et al. | ) | **WITHDRAW ALEXANDER C. D. GIZA** |
| | ) | **AS ATTORNEY FOR PLAINTIFF** |
| Defendants. | ) | |

Before the Court is the Unopposed Miscellaneous Administrative Request to Withdraw Alexander C. D. Giza as attorney for Plaintiff. After considering this request, the Court finds that it has merit, GRANTS the request, and ALLOWS the withdrawal of Mr. Giza as attorney for Plaintiff from this matter. The Clerk shall remove Mr. Giza from the Court's ECF e-mail service list for this matter only. All other outside counsel for TiVo remain as counsel of record.

**SIGNED this 16th day of February, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

2151513.1 03