**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TIVO INC., <br><br> Plaintiff, <br><br> vs. <br><br> 1. DISH NETWORK CORPORATION, a Nevada corporation, <br> 2. ECHOSTAR DBS CORPORATION, a Colorado corporation, <br> 3. ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, <br> 4. ECHOSPHERE LIMITED LIABILITY COMPANY, a Colorado limited liability company, <br> 5. ECHOSTAR SATELLITE LLC, a Colorado limited liability company, and <br> 6. ECHOSTAR CORPORATION, a Nevada corporation, <br><br> Defendants. | Case No. 2:04CV-01 (Judge Folsom) <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED MISCELLANEOUS ADMINISTRATIVE REQUEST TO WITHDRAW CHRISTINE BYRD AS ATTORNEY FOR PLAINTIFF** |

Before the Court is the Unopposed Miscellaneous Administrative Request to Withdraw Christine Byrd as attorney for Plaintiff. After considering this request, the Court finds that it has merit, GRANTS the request, and ALLOWS THE WITHDRAWAL OF Ms. Byrd as attorney for Plaintiff from this matter. The Clerk shall remove Ms. Byrd from the Court's ECF e-mail service for this matter. All other outside counsel for TiVo, Inc. remain as counsel of record.

**SIGNED this 6th day of May, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

2231728.1 02

ORDER GRANTING MISCELLANEOUS
ADMINISTRATIVE REQUEST TO WITHDRAW AS
ATTORNEY FOR PLAINTIFF TIVO